■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PHILIP R. PERRY, Appellant. [836 NYS2d 445]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Genesee County Court, Robert C. Noonan, J.—Attempted Robbery, 2nd Degree). Present—Scudder, P.J., Martoche, Smith, Centra and Peradotto, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERNEST RAY, Appellant. [836 NYS2d 449]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Supreme Court, Erie County, Russell P. Buscaglia, J.—Criminal Possession Controlled Substance, 3rd Degree). Present—Scudder, P.J., Martoche, Smith, Centra and Peradotto, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANKLIN T. RODGERS, Appellant. [836 NYS2d 450]—Motion granted, appeal dismissed and the matter is remitted to Ontario County Court to vacate the judgment of conviction and dismiss the indictment either sua sponte or on the application of either the District Attorney or counsel who appeared for appellant (*see People v Matteson*, 75 NY2d 745 [1989]). Present—Scudder, P.J., Hurlbutt, Gorski, Martoche and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DENNIS VELLA, Appellant. [836 NYS2d 450]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Ontario County Court, Craig J. Doran, J.—Driving While Intoxicated). Present—Scudder, P.J., Martoche, Smith, Centra and Peradotto, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LESTER WASHINGTON, Appellant. [836 NYS2d 447]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Monroe County Court, Richard A. Keenan, J.—Criminal Sale Controlled Substance, 3rd Degree). Present—Scudder, P.J., Martoche, Smith, Centra and Peradotto, JJ.